IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES BOYD, | ) |
|     Plaintiff, | ) Civil Action No. 7:07cv00010 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| C/O THOMPSON, | ) By: Samuel G. Wilson |
|     Defendant. | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of January, 2007.

_____
United States District Judge